# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-7084**　　　　　　　　　　　　　　**September Term, 2015**

**1:09-cv-02229-RJL**

**Filed On:** April 29, 2016

International Union, Security, Police and Fire Professionals of America,

      Appellant

    v.

Assane Faye,

      Appellee

**BEFORE:** Tatel, Kavanaugh, and Millett, Circuit Judges

## O R D E R

Upon consideration of appellee's motion to strike or alternatively supplement the "joint" appendix and file appellee's final brief out of time, and the response thereto, it is

**ORDERED** that the motion to strike be denied. It is

**FURTHER ORDERED** that the motion to supplement the "joint" appendix and file appellee's final brief out of time be granted. Appellee's final brief and supplemental appendix are now due by 4:00 p.m. Tuesday, May 3, 2016. In addition to electronic filing, paper copies of appellee's submissions must be delivered to the court by the time and date due. Counsel is reminded that under Fed. R. App. P. 30(c)(2)(B), the only changes permitted in a final brief are adding citations to the appendix or supplement and "the correction of typographical errors."

### Per Curiam

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk